No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

ODELL, Respondent, v. GENESEE CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Herbert Odell against the Genesee Construction Company. No opinion. Judgment and order affirmed, with costs. See, also, 145 App. Div. 125, 129 N. Y. Supp. 122.

O'DONOHUE, Respondent, v. MERKSAMER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Patrick Francis O'Donohue against Julius Merksamer and another. No opinion. Judgment and order affirmed, with costs.

O'HEHIR et al., Respondents, v. CENTRAL NEW ENGLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Patrick O'Hehir and another against the Central New England Railway Company. No opinion. Motion granted, without costs. See, also, 152 App. Div. 677, 137 N. Y. Supp. 627.

In re O'NEILL. (Supreme Court, Appellate Division, First Department. November 29, 1912.) In the matter of James F. O'Neill. No opinion. Proceeding dismissed. Settle order on notice.

O'NEILL, Appellant, v. BERNHEIMER & SCHWARTZ CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Nora O'Neill, as administratrix, against the Bernheimer & Schwartz Company and others. W. F. McCormack, of New York City, for appellant. F. V. Johnson, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re OSGOODBY. (Supreme Court, Appellate Division, First Department. November 15, 1912.) In the matter of Alfred B. Osgoodby. No opinion. Motion denied, without costs, with leave to respondent to renew, unless petitioner proceeds with due diligence. Settle order on notice. See, also, 144 App. Div. 931, 129 N. Y. Supp. 1138.

OTULAK et al., Respondents, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division. Fourth Department. November 13, 1912.) Action by Mary Otulak and another, as administrators, etc., against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

OZOGAR, Appellant, v. PIERCE, BUTLER & PIERCE MFG. CO., Respondent. (Supreme

Court, Appellate Division, Fourth Department. December 6, 1912.) Action by Andrew Ozogar against the Pierce, Butler & Pierce Manufacturing Company. No opinion. Appeal dismissed, without costs, upon stipulation filed. See, also, 136 N. Y. Supp. 1143.

PANGBURN, Respondent, v. BUICK MOTOR CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by Alfred Pangburn against the Buick Motor Company, impleaded with another.
PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 137 N. Y. Supp. 37.
KELLOGG, J., dissents.

PANGBURN, Appellant, v. GROUNSELL, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Alfred Pangburn against Walter N. Grounsell.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of evidence; the particular findings of fact of which the court disapproves being that the verdict of the jury that the defendant was not negligent and that the plaintiff was guilty of contributory negligence was against the weight of evidence. Leave to appeal to Court of Appeals denied. 138 N. Y. Supp. 1132.
KELLOGG, J., concurs, on the ground that the verdict is inconsistent with the finding against the Buick Company on the same trial.
SMITH, P. J., and LYON, J., dissent.

PANGBURN, Appellant, v. GROUNSELL, Respondent. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by Alfred Pangburn against Walter N. Grounsell. No opinion. Motion for leave to appeal to the Court of Appeals (from 138 N. Y. Supp. 1132) denied, on the ground that the right exists independent of leave of this court.

PARELLA, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Nicholas Parella, as administrator, etc., against the New York, Ontario & Western Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re PARKER. (Supreme Court, Appellate Division, First Department. December 27, 1912.) In the matter of Andrew D. Parker. No opinion. On referee's report, proceedings dismissed. Settle order on notice. See, also, 139 App. Div. 932, 124 N. Y. Supp. 1124.